UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| MR. TERRY BREWER, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| UNITED OF OHAMA LIFE<br>LIFE INSURANCE COMPANY, | CASE NO: 18-1045-STA-egb |
|     Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal entered on September 18, 2018, this cause is hereby DISMISSED with prejudice.**

                                                                  APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/18/2018                         THOMAS M. GOULD
                                                  Clerk of Court

                                                         s/Maurice B. BRYSON

                                                         (By) Deputy Clerk